# Third District Court of Appeal
## State of Florida

Opinion filed June 28, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-875
Lower Tribunal No. F13-6202
_____


**Alex Knight,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Alex Knight, in proper person.

Ashley Moody, Attorney General, for appellee.


Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.